UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LUIS RENEAUX,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL DISTRICT COURT OF CALIFORNIA,<br><br>　　　　Respondent. | No.  2:20-cv-02139 GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. On March 22, 2021, the court issued an order to show cause due to petitioner's failure to file an opposition, or statement of non-opposition, to respondent's motion to dismiss within the requisite deadline. ECF No. 13. Petitioner has filed a response to the order to show cause indicating petitioner has been hospitalized receiving treatment for leukemia and has been unable to have contact with the law library as a result. ECF No. 14. Petitioner's response will be accepted as good cause and will serve to discharge the court's March 22, 2021 order to show cause. Petitioner will be given thirty days to file an opposition, or statement of opposition,

////

////

////

1

to respondent's motion to dismiss. Petitioner is warned that failure to comply with this order will result in recommendation that this action be dismissed.

IT IS HEREBY ORDERED that:

1. The order to show cause issued on March 22, 2021 (ECF No. 13) is DISCHARGED; and

2. Petitioner is directed to file within thirty days from the date of this order his opposition, or statement of non-opposition, to respondent's motion to dismiss.

Dated: April 13, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE