UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LUIS RENEAUX, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL DISTRICT COURT OF CALIFORNIA, <br><br> Respondent. | No. 2:20-cv-02139 GGH P <br><br><br> ORDER |

The court is in receipt of petitioner's letter. ECF No. 16. The court will liberally construe this document as a request for an extension of time to file petitioner's opposition, or statement of non-opposition, to respondent's motion to dismiss. In other words, petitioner must try to oppose, if he so desires, the merits of the motion to dismiss as best he can. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time is granted (ECF No. 16); and

2. Petitioner shall file an opposition, or statement of non-opposition, to respondent's motion to dismiss within thirty days from the date of this order.

Dated: May 13, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE